**THIS ORDER IS SIGNED AND ENTERED.**

Dated: May 30, 2024



_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In the Matter of: | In Proceedings for a Debt |
|---|---|
| | Repayment Plan Under Chapter 13 |
| Jeffrey & Shannon Neubauer | |
| Jeffrey SS# XXX-XX-1011 | Case Number 24-10843- 13 |

ORDER TO EMPLOYER TO PAY THE TRUSTEE

TO    ONEOK SERVICES COMPANY LLC
       ATTN: PAYROLL
       100 WEST 5TH ST
       TULSA OK 74103

Employer of above-named debtor:

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages

to the supervision and control of the Trustee for the purpose consummating the plan. Now therefore the Court makes the following order:

It is ordered that ONEOK SERVICES COMPANY LLC as employer of the debtor, until further notice from the Trustee, deduct from the earnings of the employee the sum of:

       115.38 BIWEEKLY       Due immediately

and to continue BIWEEKLY until:

       1,015.38 BIWEEKLY       Due by: 6/24/2024

and to continue BIWEEKLY thereafter.

**Include the Employee's Name and Case number** ( 24-10843 ) on the remittance. If your pay cycle differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis. Please indicate your cycle if different from the cycle ordered.

Payments should be made to:    **Mark Harring Standing Trustee**
    and mailed to:    **MARK HARRING CH 13 TRUSTEE**
       **P.O. BOX 88004**
       **CHICAGO IL 60680-1004**

Ch 13 Office Phone #    608-256-4320

If you wish to carry this out via ACH instead of check, see https://www.tfsbillpay.com/employer

It is further ordered that the Employer notify the Trustee if the employment of the debtor is terminated and the reason for the termination and:

From all Earnings and wages of the debtor, no deduction other than authorized or directed by this Court shall be made by the employer except the amounts required to be withheld by the provisions of any Federal or State law or regulation or insurance, pension, or union dues agreement between employer and the debtor in accordance with the employer's usual payroll procedure.

This order supersedes any previous order made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###