| | | | |
|---|---|---|---|
| **10:30 AM** | 3-24-10843-cjf | Jeffrey Neubauer and Shannon Neubauer | |

Ch 13
Trustee: Harring

Madison

**Moving:** ✓ Leslie Brodhead-Griffith   608-256-4320

**Debtor or Plaintiff Atty.:**   Noe Joseph Rincon   608-258-8555   for Jeffrey Neubauer

→ NO APPEA~   for Shannon Neubauer

**Matter:** Preliminary hearing on Motion by Trustee to Dismiss Case (Doc # 37) -Obj. DR

**Judge Hearing Notes:**

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

### OUTCOME:

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: **8/13/24** (Date) **X** or the case will be dismissed.
**X** Bring current, inc.; **8/5 payment** (Date) _____ provide information to Trustee
Other: _____   **X** amend plan | **X** amend budget

Plan Confirmed, order to be submitted by: CH 13 TR | CH 12 ATTY | CH 11 ATTY

### SCHEDULE:
Adj. to _____ at _____. Location: Telephone | Zoom | Hybrid, Deadline: _____
Other: _____. LF | SF Zoom Order   Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
_____ Other Schedule: _____

### ORDER:
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed

**X** ORDER: For the reasons stated from the bench, **Debtor(s) to comply as stated above or the case will be dismissed.**

IT IS SO ORDERED:

_[signature]_
Catherine J. Furay
U.S. Bankruptcy Judge

**X** cc: Debtor(s)
_____ cc: Pro se party