# Chapter 13 Plan (Individual Adjustment of Debts)

☐ _____  Original Plan

☑ 1st _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

Debtor: Jeffrey Neubauer _____  SSN: xxx-xx-1011  Case Number: 24-10843-cjf _____

Joint Debtor: Shannon Neubauer _____  SSN: xxx-xx-6096 _____

## I. Notices

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans, and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified, or eliminated. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation within 28 days after the completion of the Section 341 meeting of creditors. Additional objection deadlines may apply as set forth in Section IIIC below. The court may confirm this plan without further notice if no objection to confirmation is filed.

**To All Parties:** This form plan may not be altered other than in the nonstandard provisions in Section VII. The plan contains no nonstandard provisions other than those set out in Section VII.

Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Not included," if both boxes are checked, or if no boxes are checked, the provision will be ineffective even if otherwise provided for in the plan.

**The deadline to object to the amended or modified plan is** September 10, 2024

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not Included |
| Nonstandard provisions, set out in Section VII | ☐ Included | ☑ Not Included |

**Unless otherwise provided for in this plan, the trustee shall disburse payments in the following order after trustee fees: equal monthly payments to secured creditors, administrative expenses including attorney fees, secured claims paid pro rata, priority claims, general unsecured claims.**

## II. Plan Payments, Length of Plan, and Debtor(s)' Attorney's Fee

**A.** **Monthly Plan Payment:** This plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order unless otherwise requested. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $760.46 _____ for _____ 3 _____ months;
2. $2,075.00 _____ for _____ 57 _____ months;
3. $0.00 _____ for _____ months;
4. $0.00 _____ for _____ months;
5. $0.00 _____ for _____ months;
6. $0.00 _____ for _____ months;
7. $0.00 _____ for _____ months;
8. $0.00 _____ for _____ months;
9. $0.00 _____ for _____ months;
10. $0.00 _____ for _____ months;
11. $0.00 _____ for _____ months;

The total amount of estimated payments to the trustee: $120,556.00

**B.** **Debtor(s)' Attorney's Fee:** ☐ None     ☐ Pro Bono

Unless otherwise ordered, allowed administrative expenses for attorney's fees will be paid by the trustee.

| Total Fees: | $4500.00 | Total Paid: | $1000.00 | Balance Due: | $3500.00 |
|---|---|---|---|---|---|
| Payable | | /month (Months ___ to ___ ) | | | |

## III. Treatment of Secured Claims

If a secured claim is not provided for in Section III, then the trustee will not disburse any funds to the holder of the claim.

If a claim listed in the plan as secured is filed or otherwise allowed as fully unsecured, the trustee will pay the claim as an unsecured claim as provided in Section V, and the claim will not be paid as a secured claim under Section III.

If a secured creditor obtains relief from the automatic stay as to collateral listed in Section III, the trustee will cease further payments to that creditor and, as of the date of entry of the order granting stay relief, the plan will be deemed not to provide for that creditor's secured claims beyond payments actually made to the creditor as of that date.

Payment of Notices filed under Rule 3002.1(c): The trustee will pay post-petition notices of fees, expenses, and charges filed pursuant to Bankruptcy Rule 3002.1(c) ("3002.1(c) Notice") pro rata when the trustee pays other secured creditors, unless the debtor timely objects to the 3002.1(c) Notice. A modified plan may be required to maintain feasibility. If the debtor timely objects, the trustee will pay the amount as determined by the court. The trustee will not pay 3002.1(c) Notice amounts if the plan provides for avoidance of the creditor's lien or the surrender of all property securing the creditor's claim.

**A.** **Payment in Full:** With the exception of tax claims of governmental units, the claims listed below will be paid in full, with the interest rate stated below. If the plan does not state an interest rate, the proof of claim controls the rate of interest. If no interest rate is listed in the plan or the proof of claim, the plan pays the claim without interest. For tax claims of governmental units, the debtor must state the rate required by 11 U.S.C. § 511 to permit the parties to calculate feasibility.

**The allowed claim amount stated on a proof of claim controls over any contrary claim amount listed in this section, whether the allowed claim amount is higher or lower (applies to Section IIIA only).**

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

| | |
|---|---|
| 1. Creditor: _____ | |
| Address: _____ | Arrearage on Petition Date: _____ |
| | Payoff on Petition Date: _____ |
| | [Select Payment Type]     $0.00   /month |
| Account Number: _____ | |
| Interest Rate: _____ | |
| Disburse adequate protection pre-confirmation $_____ | |
| Other: _____ | |
| ☐ Real Property | Check one below for Real Property: |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly |
| Address of Collateral: | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: | |

**B.** **Maintenance of Payments and Cure of Default:** The debtor(s) will maintain payments during the case on the allowed secured claims listed below pursuant to 11 U.S.C. § 1322(b)(5).

The trustee will pay the arrearage listed on any allowed proof of claim filed before the deadline under Bankruptcy Rule 3002(c) or 3004. If the interest rate is left blank, the trustee will not pay interest on the arrearage. The installment payments will be paid as indicated below.

Any arrearage and the current monthly installment listed on a proof of claim (or a notice filed pursuant to Bankruptcy Rule 3002.1) control over any contrary amounts stated below.

| 1. Creditor: | Fay Servicing | | |
|---|---|---|---|
| Address: | PO Box 88009 Chicago, IL 60680-1009 | Arrearage on Petition Date: | |
| | | Payoff on Petition Date: | |
| | | Arrears Payment (Cure) | $1,346.00 /month |
| Account Number: | 2146 | | |
| Interest Rate: | 0 | | |
| Disburse adequate protection pre-confirmation $ | 0 | | |
| Other: | | | |

☑ Real Property          Check one below for Real Property:

    ☑ Principal Residence          ☑ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
106 E Rollin Street
Edgerton, WI 53534

☐ Personal Property/Vehicle

Description of Collateral:

| 2. Creditor: | First Community Credit Union | | |
|---|---|---|---|
| Address: | 1702 Park Avenue Beloit, WI 53511 | Arrearage on Petition Date: | |
| | | Payoff on Petition Date: | |
| | | Regular Payment (Direct) | $689.85 /month |
| Account Number: | | | |
| Interest Rate: | 9.99 | | |
| Disburse adequate protection pre-confirmation $ | | | |
| Other: | | | |

☐ Real Property          Check one below for Real Property:

    ☐ Principal Residence          ☐ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:

☑ Personal Property/Vehicle

Description of Collateral:    2022 Salem VIN 4X4TSM823NM030088

| 3. Creditor: | Fay Servicing | | |
|---|---|---|---|
| Address: | PO Box 88009 Chicago, IL 60680-1009 | Arrearage on Petition Date: | $9,171.36 |
| | | Payoff on Petition Date: | $153,089.87 |

| | | |
|---|---|---|
| | Arrears Payment (Cure) | $152.86 /month |

Account Number: 2146

Interest Rate: 0

Disburse adequate
protection pre-confirmation $ 0

Other: _____

☑ Real Property                                      Check one below for Real Property:
  ☑ Principal Residence                              ☐ Escrow is included in the regular payments
  ☐ Other Real Property                              ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
106 E Rollin Street
Edgerton, WI 53534

☐ Personal Property/Vehicle

Description of Collateral:

---

**C. Valuation of Collateral:** ☐ NONE

The debtor requests that the court determine the allowed value of the secured claims listed below.

☐    A SEPARATE MOTION WILL BE FILED AND SERVED UPON YOU PURSUANT TO BANKRUPTCY RULE 7004.

☑    AS PROVIDED IN RULE 3012, THE DEBTOR REQUESTS THAT THE VALUE FOR each secured claim BELOW should be the *Amount of Secured Claim* set forth below. The *Amount of Secured Claim* will be paid in full with interest at the rate stated below. If the total amount of the proof of claim is less than the *Amount of Secured Claim* below, the lower amount listed on the proof of claim is allowed and will be paid in full. If no interest is stated below, the proof of claim controls the interest rate. If no interest rate is listed in the plan or proof of claim, then no interest will be paid.

IF A CREDITOR LISTED BELOW OBJECTS TO THE PROPOSED
VALUATION, AN OBJECTION MUST BE FILED ON OR BEFORE: _____ 9/10/2024

The portion of any allowed claim that exceeds the *Amount of Secured Claim* will be treated as an unsecured claim under section V of this plan. The allowed amount of the creditor's total claim listed on the proof of claim controls over the *Estimated amount of creditor's total claim* listed below.

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

1. **REAL PROPERTY:** ☑ NONE

2. **VEHICLE(S):** ☐ NONE

| 1. Creditor: Ally Financial | Estimated amount of creditor's total claim: | **Payment** |
|---|---|---|
| Address: PO Box Cockeyville, MD 21030-0000 | Value of Collateral: $23,744.00 | Est. total paid in plan: $29,228.40 |
| | Amount of claims senior to creditor's claim: $0.00 | Adequate Protection Payment: $0.00 |
| Account No.: _____ | | Equal Monthly Payment: $487.14 |
| VIN: 1CRR7MT4HS859044 | Amount of Creditor's Lien: $0.00 | |
| Description of Collateral: 2017 Dodge Ram 1500 - 78,000 Miles | Interest Rate: 8.50% | |

| 2. Creditor: One Main Financial | Estimated amount of creditor's total claim: | **Payment** |
|---|---|---|
| Address: PO Box 1010 Evansville, IN 47706-0000 | Value of Collateral: $1,000.00 | Est. total paid in plan: $1,231.20 |
| | Amount of claims senior to creditor's claim: $0.00 | Adequate Protection Payment: $0.00 |
| Account No.: | | Equal Monthly Payment: $20.52 |
| VIN: 1GNET16M556151036 | Amount of Creditor's Lien: $2,960.30 | |
| Description of Collateral: 2005 Chevrolet Trailblazer - 200,000 Miles | Interest Rate: 8.50% | |

| 3. Creditor: Capital One Auto Finance | Estimated amount of creditor's total claim: | **Payment** |
|---|---|---|
| Address: PO Box Plano, TX 75025-9407 | Value of Collateral: $5,762.00 | Est. total paid in plan: $7,093.20 |
| | Amount of claims senior to creditor's claim: $0.00 | Adequate Protection Payment: $0.00 |
| Account No.: | | Equal Monthly Payment: $118.22 |
| VIN: 3FA6P0LU9FR158307 | Amount of Creditor's Lien: $10,907.00 | |
| Description of Collateral: 2015 Ford Fusion -111,000 Miles | Interest Rate: 8.50% | |

**3. PERSONAL PROPERTY:** ☒ NONE

**D. LIEN AVOIDANCE** ☒ NONE

**E. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

## IV. Treatment of Fees and Priority Claims (as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4))

Trustee's fees are governed by statute, may change during the course of the case, and should not be specified herein.

All allowed priority claims will be paid in full without post-petition interest unless the plan otherwise provides.

The priority debt amount listed on a filed proof of claim controls over any contrary amount listed in this section, unless the court determines that a different amount of the allowed claim is entitled to priority.

**A. PRIORITY TAX CLAIMS:** ☐ NONE

| Name of Creditor: | Wisconsin Department of Revenue and IRS |
|---|---|
| Total Due: | $3,941.83 |
| Pro rata dividends will be calculated by the Trustee upon review of filed claims after the bar date. | |

**B. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**C. OTHER:** ☒ NONE

## V. Treatment of Unsecured Nonpriority Creditors

**A.** Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata from any remaining funds after paying other disbursements made in accordance with the plan until either the applicable commitment period is reached or nonpriority unsecured claims are paid in full, whichever comes first.

Pro rata dividends will be calculated by the Trustee upon review of filed claims after the bar date.

**B.** ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED:    ■ NONE

*Debtor(s) certifies the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

■ NONE

**VII. Non-Standard Plan Provisions**

■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing Chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| _____ | _____ |
| Debtor         Date | Joint Debtor         Date |

/s/ Noe J. Rincon                     August 13, 2024
_____          _____
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) [or Debtor(s) if not represented by counsel] certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Jeffrey Neubauer        Chapter 13
     Shannon Neubauer      Case No.: 3-24-10843-cjf

## REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

   ☒    A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   ____    A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:
   See Attached.

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

# AMENDMENTS TO CHAPTER 13 PLAN

## II. Plan Payments, Length of Plan, and Debtor(s)' Attorney's Fee
### A. Monthly Plan Payment

Debtor's plan is changed to be for 60 months, with payments made as follows:

$760.46 for 3 Months;
$2,075.00 for 57 Months.

Total Estimated Payments Made: $120,556.00

### B. Debtor(s)' Attorney's Fee

Attorney's Fees to be paid as administrative claim.

Amended Balance to be paid through the plan is $3,500.00.

## III. Treatment of Secured Claims

### B. Maintenance of Payments and Cure of Default

Creditor 3:

Creditor: Fay Servicing
Address: PO Box 88009, Chicago, IL 60680-1009
Arrearage on Petition Date: $9,171.36
Payoff on Petition Date: $153,089.87
Arrears Payment (Cure): $152.86

Secured by Principal Residence: 106 E Rollin Street, Edgerton, WI 53534

## VII. Nonstandard Provisions

Remove Nonstandard Provision.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

JEFFREY NEUBAUER,                              Case No.  3-24-10843-cjf
SHANNON NEUBAUER

     Debtors.

## NOTICE OF DEBTOR'S REQUEST TO AMEND UNCONFIRMED
## CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-named Debtors, Jeffrey Neubauer and
Shannon Neubauer, by their attorneys, Krekeler Law, S.C., have filed papers with the Court
requesting to amend her unconfirmed Chapter 13 Plan, a copy of which is attached hereto and
incorporated herein.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss
them with your attorney, if you have one in this bankruptcy case.  (If you do not have an
attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **twenty-
one days (21 Days)** from the date of this Notice you or your attorney must:

File with the court a written objection and request for hearing, explaining your objection
to Debtor's Request to Amend Unconfirmed Chapter 13 Plan at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI  53703

If you mail your objection to the court for filing, you must mail it early enough so the
court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Noe J. Rincon
Krekeler Law S.C.
26 Schroeder Ct., Ste. 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI  53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtor's Request to Amend Unconfirmed Chapter 13 Plan and, therefore, may enter an order granting said Amended Chapter 13 Plan.

Dated this 13th day of August 2024.

**KREKELER LAW, S.C.**

By: _____

Noe J. Rincon
State Bar No. 1124893
*Attorneys for Debtors,*
Jeffrey Neubauer and Shannon Neubauer

**ADDRESS:**
26 Schroeder Ct., Ste. 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*In re:*

Jeffrey Neubauer
Shannon Neubauer

**Case No. 3-24-10843-cjf**

      Debtors.

### CERTIFICATE OF SERVICE

| STATE OF WISCONSIN | ) |
|---|---|
| | ) ss. |
| COUNTY OF DANE | ) |

     The undersigned, being first duly sworn on oath, deposes and says that on August 13, 2024, the undersigned electronically filed and emailed a copy of the Debtors' Amended Chapter 13 Plan, Debtors' Notice of Request to Amend Chapter 13 Plan, Request to Amend Unconfirmed Chapter 13 Plan to the following parties in interest:

Office of the United State Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

Trustee Mark Harring
222 W. Washington Ave., #500
Madison, WI 53703

     The undersigned, being first duly sworn on oath, deposes and says that on August 13, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtor's Amended Chapter 13 Plan, Debtors' Notice of Request to Amend Chapter 13 Plan, Request to Amend Unconfirmed Chapter 13 Plan to all on attached list and to the following parties in interest:

Jeffrey and Shannon Neubauer
106 E Rollin Street
Edgerton, WI 53534

By: _____
     Cheryl Watson

Label Matrix for local noticing
0758-3
Case 3-24-10843-cjf
Western District of Wisconsin www.wiwb.uscour
Madison
Tue Aug 13 16:47:43 CDT 2024

AFFIRM.com
650 California St. Fl 12
San Francisco, CA 94108-2716

AT&T DirecTV
P.O. Box 769
Arlington, TX 76004-0769

Advance America, Cash Advance Ctrs of WI
750 Shipyard Drive, Suite 300
Wilmington, DE 19801-5159

Aidvantage
P.O. Box 300001
Greenville, TX 75403-3001

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 300001
Greenville TX 75403-3001

(p)ALLIANT ENERGY
300 E SHERIDAN AVE
CENTERVILLE IA 52544-2625

Ally Capital
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Capital
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Capital, c/o AIS Portfolio Services, LL
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
P.O. Box 8123
Cockeysville, MD 21030-8123

Alpha Warranty Services
P.O. Box 95790
South Jordan, UT 84095-0790

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Attorney Christina R. Sandy
Riverview Law Office PLLC
P.O. Box 570
Sauk Rapids, MN 56379-0570

Attorney Cynthia A. Duppler
Dobberstein Law Firm LLC
225 S Executive Dr. Ste. 201
PO Box 470
Brookfield, WI 53008-0470

Attorney Jacob L. Hams
Dobberstein Law Firm, LLC
225 S. Executive Dr., Ste. 201
Brookfield, WI 53005-4257

(p)BERMAN & RABIN  P A
15280 METCALF
OVERLAND PARK KS 66223-2806

Joshua J. Brady
Galanis, Pollack, Jacobs & Johnson S.C.
413 N. Second Street
Suite 150
Milwaukee, WI 53203-3113

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One Auto Finance
P.O. Box 259407
Plano, TX 75025-9407

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Charter Communications
2701 Daniels Street
Madison, WI 53718-6792

Check Into Cash
1921 South Alma School Road, Suite 205
Mesa, AZ 85210-3038

Matthew L. Comella
Codilis, Moody, & Circelli, PC
10437 Innovation Dr Ste 253
Milwaukee, WI 53226-4839

Credit Collection Services
PO Box 607
Norwood, MA 02062-0607

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205-3956

EasyCare
Warranty Support Services LLC
P.O. Box 88230
Atlanta, GA 30356-8230

Edgerton Hospital
11101 North Sherman Rd.
Edgerton, WI 53534-9002

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

(p)FIRST COMMUNITY CREDIT UNION
1702 PARK AVENUE
BELOIT WI 53511-3549

(p)MARK HARRING
ATTN STANDING TRUSTEE
122 WEST WASHINGTON AVENUE SUITE 500
MADISON WI 53703-2758

Heartland Credit Union
5325 High Crossing Blvd.
Madison, WI 53718-2301

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Integrity Mutual Insurance
2121 East Capitol Drive
Appleton, WI 54911-8726

Jeffrey Neubauer
106 E Rollin Street
Edgerton, WI 53534-1831

Lincare Inc
1630 Plainfield Ave
Janesville, WI 53545-0282

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM, MD 21236-5904

Madison Radiologists
1221 John Q Hammons Dr
Madison, WI 53717-2911

Mariner Finance SII Personal Fin Co LLC
2228 Humes Rd., Suite 1
Janesville, WI 53545-0202

Mercy Health System
1000 Mineral Point Road
Janesville, WI 53548-2940

Mercy Health System
P.O. Box 5003
Janesville, WI 53547-5003

Monroe Clinic
515 22nd Ave
Monroe, WI 53566-1598

Evan L Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

Shannon Neubauer
106 E Rollin Street
Edgerton, WI 53534-1831

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715-1233

One Main Financial
PO Box 1010
Evansville, IN 47706-1010

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PURPOSE FINANCIAL, INC
PO BOX 3058
SPARTANBURG, SC 29304-3058

Progressive Insurance Co.
PO Box 43258
Cleveland, OH 44143-0258

(p)QCHI
PO BOX 14948
LENEXA KS 66285-4948

Noe Joseph Rincon
Krekeler Law S.C.
26 Schroeder Court, Suite 300
Madison, WI 53711-2503

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Sunrise Credit Services, Inc.
P.O. Box 9004
Melville, NY 11747-9004

Synchrony Bank
PO Box 71726
Philadelphia, PA 19176-1726

(p)TFI GROUP LLC
ATTN NATALIE YOVIENE
PO BOX 1168
HAMBURG NY 14075-9168

True Accord
3030 2nd Street, Suite 750
San Francisco, CA 94107

U.S. Bank National Association, et al.
c/o: Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank National Association, not in its i
c/o Codilis, Moody & Circelli, P.C.
15W030 North Frontage Road
Suite 200
Burr Ridge, IL 60527-6921

U.S. Dept of Education
P.O. Box 5227
Greenville, TX 75403-5227

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-1233

UW Health
Central Lab
PO Box 620993
Middleton, WI 53562-0993

UW Health
Meriter Radiology
PO Box 620993
Middleton, WI 53562-0993

UW Health
OB Gyn Ultrasound
PO Box 620993
Middleton, WI 53562-0993

UW Health
Orthopedics Radiology
PO Box 620993
Middleton, WI 53562-0993

UW Health
PO Box 620993
Middleton, WI 53562-0993

UW Health
Pathology
PO Box 620993
Middleton, WI 53562-0993

UW Health
Vascular Imaging Lab
PO Box 620993
Middleton, WI 53562-0993

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Unity Point Health
Derek E. Clevidence, MD
P.O. Box 681166
Chicago, IL 60695-2166

Unity Point Health
Meriter Laboratories
P.O. Box 681166
Chicago, IL 60695-2166

Unity Point Health
Payment Processing Center
P.O. Box 809284
Chicago, IL 60680-9284

UnityPoint Health
PO Box 35758
Des Moines, IA 50315-0307

Wells Fargo Bank
PO Box 522
Des Moines, IA 50306-0522

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708-8901

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708-8914

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliant Energy
200 First Street SE
P.O. Box 351
Cedar Rapids, IA 52406-0351

(d)Alliant Energy / WPL
P.O. Box 3062
Cedar Rapids, IA 52406-3062

Americollect, Inc.
1851 South Alverno Road
Manitowoc, WI 54220

Berman & Rabin, P.A.
15280 Metcalf Ave
Overland Park, KS 66223

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045

Fay Servicing
Attn: Payment Processing
P.O. Box 88009
Chicago, IL 60680-1009

First Community Credit Union
1702 Park Avenue
Beloit, WI 53511

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

QC Financial Services
d/b/a LendNation
2228 Humes, Road, Ste. 2
Janesville, WI 53545

TFI Group LLC
PO Box 1168
Hamburg, NY 14075

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Capital
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Capital One Auto Finance, a division of Ca
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Jeffrey Neubauer
106 E Rollin Street
Edgerton, WI 53534-1831

(d)Shannon Neubauer
106 E Rollin Street
Edgerton, WI 53534-1831

End of Label Matrix
Mailable recipients        84
Bypassed recipients         5
Total                      89