UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re: Jeffrey & Shannon Neubauer            Case No. 24-10843-13

Debtor(s)

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, objects to confirmation of the First Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #49 on 8/13/2024 and states as follows:

1. Plan is amended to cure payment delinquency through July 2024. Plan payments of $2075/mo to be made for the final 57 months of a 60 month plan.

2. Plan is amended to adjust attorney fees with a total of $4,500 and balance to be paid by this office of $3,500.

3. Plan is amended to adjust treatment of the secured obligation due Fay Servicing/US Bank with $9,171.36 mortgage arrears as shown on the filed claim. The arrears are to be paid with equal monthly payments of $152.86/mo.

4. In passing we note this plan provides the same treatment for Ally Financial and Capital One Auto Finance as was provided in the original plan. It is not clear that the creditor objections have been addressed.

5. Plan indicates $3,941.83 priority tax due IRS and WDR. We note the IRS claim indicates $5,242.62 is due and shows there are unfiled returns. It is this IRS claim issue that prevents our office from recommending confirmation.

6. As this plan does cure payment delinquency the 7/30/2024 Court Order is resolved.

Dated:   August 15, 2024

                                          Standing Chapter 13 Trustee

                                          By: /s/ *Leslie Brodhead Griffith*
                                          Leslie Brodhead Griffith
                                          Attorney for Trustee
                                          122 W Washington Ave, Suite 500
                                          Madison, WI   53703-2758
                                          (608) 256-4320