UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   Jeffrey & Shannon Neubauer                Case No. 24-10843-13

                         Debtor(s)

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, objects to confirmation of the Second Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #60 on 9/09/2024 and states as follows:

1. Plan is amended to cure payment delinquency through August 2024. Plan payments of $2195/mo to commence in September 2024 and for the remaining months of a 60 month plan.

2. Plan is amended to increase attorney fees from a total of $4500 to $5000 with a balance of $4000 to be paid by this office. The plan indicates the increase is due to a charge of $500 for this amended plan. Increasing fees for plans filed prior to confirmation is unusual in this District and may not conform to the Form 2106 language. We object to this increase unless justified.

3. Plan is amended to provide for payment of $9171.36 mortgage arrears as shown on the claim filed by Fay Servicing.

4. Plan is amended to provide for payment of $5,400 supplemental mortgage arrears to Fay Servicing and we note a pending Motion for Relief from Stay. The failure to stay current on direct mortgage obligations, together with the above noted plan payment delinquency raise feasibility issues the debtors have not yet resolved.

5. Plan continues to provide for direct payment of a secured obligation due First Community Credit Union secured by a 2022 Salem camper. The debtors have taken the position this is a long term obligation for which direct payments are allowed. To date the creditor has not filed a claim so we are not aware whether loan payments were current at filing and the debtors have not provided this office with lien/contract information to enable our office to make a determination whether the treatment is appropriate. We note the provision of lien documentation was part of the 8/19/2024 Court Order.

6. Plan is amended to adjust treatment of the secured obligation due Ally Capital with a value of $30,800, interest rate of 10% and equal monthly payments of $654.14. As no adequate protection payments have been provided for since this case was filed in 4/2024 interest continues to accrue. A straightline loan amortization will not complete payment of this debt by the end of the plan term.

7. Plan is amended to adjust treatment of the secured obligation due Capital One Auto Finance with a value of $7,600, interest rate of 10% and equal monthly payments of $156. As no adequate protection payments have been provided for since this case was filed in 4/2024 interest continues to accrue. A straightline loan amoritization will not complete payment of this debt by the end of the plan term.

8. Plan acknowledges the $5242.62 priority claim filed by IRS and anticipated WDR claim. We note the IRS claim has not been amended to reflect all required returns have been filed, this was also part of the 8/19/2024 Court Order.

9. As these documents were timely filed a portion of the 8/19/2024 Court Order is resolved.

Dated:   September 18, 2024

Standing Chapter 13 Trustee

By: /s/ *Leslie Brodhead Griffith*

Leslie Brodhead Griffith
Attorney for Trustee
122 W Washington Ave, Suite 500
Madison, WI   53703-2758
(608) 256-4320