**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 16, 2024**

_____
**Hon. Catherine J. Furay
United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN, (MADISON DIVISION)**

| IN RE: | ) | Case No. | 3-24-10843-cjf |
|---|---|---|---|
| Jeffrey Neubauer | ) | Chapter: | 13 |
| Shannon Neubauer | ) | | |
| Debtor(s). | ) | Judge Catherine J. Furay | |

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to the Motion for Relief of U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V (hereinafter "the Creditor") with respect to the property located at 106 E Rollin St, Edgerton, WI 53534, this matter was heard on October 8, 2024, the Creditor appearing through its counsel Codilis, Moody & Circelli, P.C. by Matthew Comella and the Debtors appearing through Krekler Law S.C. by Noe Rincon and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied, subject to the following terms and provisions of this Order:

1. That the Creditor may file a supplemental Proof of Claim for the post-petition arrearages through October 31, 2024.

The arrearage is itemized as follows:

| # of Missed Mortgage Payments | From | To | Monthly Payment Amount | Total Amount Missed |
|---|---|---|---|---|
| 4 | 07/01/2024 | 10/01/2024 | $1,400.49 | $5,601.96 |
| Less Suspense Balance | | | | ($50.02) |
| Attorney Fees/Cost | | | | $1,249.00 |
| TOTAL ARREARAGE | | | | $6,800.94 |

2. That commencing with the November 1, 2024 post-petition mortgage payment and continuing through and including the April 1, 2025 post-petition mortgage payment, the Debtors shall make all monthly mortgage payments to the Creditor in sufficient time to be received on or before the 15th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the Creditor, its servicing agent or its counsel may submit an affidavit of default.

3. That commencing with the May 1, 2025 post-petition mortgage payment, the Debtors shall make all monthly mortgage payments to the Creditor in sufficient time to be received on or before the 15th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the Creditor may request by letter another Hearing upon the Motion for Relief from the Automatic Stay.

4. That the Court will not enforce the "doomsday provision" (but would enforce a letter renewal to which no objection was filed) for any post-petition payment defaults prior to the effective date of the Order. The effective date of this Order is 14-days after entry.

5. That pending further notice, the amount of the monthly mortgage payment is $1,400.49 and payment shall be made to the Creditor at Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381-4609.

###