UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

JEFFREY NEUBAUER,
SHANNON NEUBAUER

Case No. 3-24-10843-cjf

Debtors.

**CERTIFICATE OF SERVICE**

The undersigned deposes and says that on the December 2, 2024, the undersigned electronically filed and emailed a copy of the Debtors' Objection to Claim Filed by the Internal Revenue Service and Notice of Objection and Objection to Claim Filed by the Internal Revenue Service to the following parties in interest:

Office of the United States Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

Trustee Mark Harring
222 West Washington Avenue, #500
Madison, WI 53703

The undersigned deposes and says that on the December 3, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtors' Objection to Claim Filed by the Internal Revenue Service and Notice of Objection to Claim Filed by the Internal Revenue Service to all on the attached list and to the following parties in interest:

Jeffrey and Shannon Neubauer
106 East Rollin Street
Edgerton, WI 53534

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Janet L. Yellen
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Civil Process Clerk
Office of the United States Attorney
Western District of Wisconsin
222 West Washington Avenue, Suite 700
Madison, WI 53703

By: /s/ Amy Progar
Amy Progar

```
Label Matrix for local noticing              AFFIRM.com                              AT&T DirecTV
0758-3                                       650 California St. Fl 12                P.O. Box 769
Case 3-24-10843-cjf                          San Francisco, CA 94108-2716            Arlington, TX 76004-0769
Western District of Wisconsin www.wiwb.uscour
Madison
Fri Oct  4 15:05:44 CDT 2024

Advance America, Cash Advance Ctrs of WI    Aidvantage                              Aidvantage on behalf of
750 Shipyard Drive, Suite 300               P.O. Box 300001                         Dept of Ed Loan Services
Wilmington, DE 19801-5159                   Greenville, TX 75403-3001               PO BOX 300001
                                                                                    Greenville TX 75403-3001

(p)ALLIANT ENERGY                           Ally Capital                            Ally Capital
300 E SHERIDAN AVE                          4515 N Santa Fe Ave. Dept. APS          AIS Portfolio Services, LLC
CENTERVILLE IA 52544-2625                   Oklahoma City, OK 73118-7901            4515 N Santa Fe Ave. Dept. APS
                                                                                    Oklahoma City, OK 73118-7901

Ally Capital, c/o AIS Portfolio Services, LL Ally Financial                         Alpha Warranty Services
4515 N Santa Fe Ave. Dept. APS              P.O. Box 8123                           P.O. Box 95790
Oklahoma City, OK 73118-7901                Cockeysville, MD 21030-8123             South Jordan, UT 84095-0790

(p)AMERICOLLECT INC                         Attorney Christina R. Sandy             Attorney Cynthia A. Duppler
PO BOX 2080                                 Riverview Law Office PLLC               Dobberstein Law Firm LLC
MANITOWOC WI 54221-2080                     P.O. Box 570                            225 S Executive Dr. Ste. 201
                                            Sauk Rapids, MN 56379-0570              PO Box 470
                                                                                    Brookfield, WI 53008-0470

Attorney Jacob L. Hams                      (p)BERMAN & RABIN  P A                  Joshua J. Brady
Dobberstein Law Firm, LLC                   15280 METCALF                           Galanis, Pollack, Jacobs & Johnson S.C.
225 S. Executive Dr., Ste. 201              OVERLAND PARK KS 66223-2806             413 N. Second Street
Brookfield, WI 53005-4257                                                           Suite 150
                                                                                    Milwaukee, WI 53203-3113

(p)CAINE & WEINER COMPANY                   Capital Management Services LP          Capital One
12005 FORD ROAD 300                         698 1/2 South Ogden Street              PO Box 31293
DALLAS TX 75234-7262                        Buffalo, NY 14206-2317                  Salt Lake City, UT 84131-0293

Capital One Auto Finance                    Capital One Auto Finance, a division of Capital One Auto Finance, a division of Capi
P.O. Box 259407                             AIS Portfolio Services, LLC             4515 N Santa Fe Ave. Dept. APS
Plano, TX 75025-9407                        4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118-7901
                                            Oklahoma City, OK 73118-7901

Capital One N.A.                            Charter Communications                  Check Into Cash
by AIS InfoSource LP as agent               2701 Daniels Street                     1921 South Alma School Road, Suite 205
PO Box 71083                                Madison, WI 53718-6792                  Mesa, AZ 85210-3038
Charlotte, NC  28272-1083

Matthew L. Comella                          Credit Collection Services              (p)CREDIT CONTROL  LLC
Codilis, Moody, & Circelli, PC              PO Box 607                              ATTN CORRESPONDENCE
10437 Innovation Dr Ste 253                 Norwood, MA 02062-0607                  3300 RIDER TRAIL S
Milwaukee, WI 53226-4839                                                            SUITE 500
                                                                                    EARTH CITY MO 63045-1338
```

| | | |
|---|---|---|
| Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | EasyCare<br>Warranty Support Services LLC<br>P.O. Box 88230<br>Atlanta, GA 30356-8230 | Edgerton Hospital<br>11101 North Sherman Rd.<br>Edgerton, WI 53534-9002 |
| (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | (p)FIRST COMMUNITY CREDIT UNION<br>1702 PARK AVENUE<br>BELOIT WI 53511-3549 | Michelle R. Ghidotti<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin ave.<br>Santa Ana, CA 92705-7811 |
| (p)MARK HARRING<br>ATTN STANDING TRUSTEE<br>122 WEST WASHINGTON AVENUE SUITE 500<br>MADISON WI 53703-2758 | Heartland Credit Union<br>5325 High Crossing Blvd.<br>Madison, WI 53718-2301 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Integrity Mutual Insurance<br>2121 East Capitol Drive<br>Appleton, WI 54911-8726 | Jeffrey Neubauer<br>106 E Rollin Street<br>Edgerton, WI 53534-1831 | Lincare Inc<br>1630 Plainfield Ave<br>Janesville, WI 53545-0282 |
| MARINER FINANCE<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236-5904 | Madison Radiologists<br>1221 John Q Hammons Dr<br>Madison, WI 53717-2911 | Mariner Finance SII Personal Fin Co LLC<br>2228 Humes Rd., Suite 1<br>Janesville, WI 53545-0202 |
| Mercy Health System<br>1000 Mineral Point Road<br>Janesville, WI 53548-2940 | Mercy Health System<br>P.O. Box 5003<br>Janesville, WI 53547-5003 | Monroe Clinic<br>515 22nd Ave<br>Monroe, WI 53566-1598 |
| Evan L Moscov<br>Law Office of Evan L. Moscov<br>P.O. Box 8305<br>Waukegan, IL 60079-8305 | Shannon Neubauer<br>106 E Rollin Street<br>Edgerton, WI 53534-1831 | Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-1233 |
| One Main Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PURPOSE FINANCIAL, INC<br>PO BOX 3058<br>SPARTANBURG, SC 29304-3058 | Progressive Insurance Co.<br>PO Box 43258<br>Cleveland, OH 44143-0258 | (p)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 |
| Noe Joseph Rincon<br>Krekeler Law S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |

| | | |
|---|---|---|
| Sunrise Credit Services, Inc.<br>P.O. Box 9004<br>Melville, NY 11747-9004 | Synchrony Bank<br>PO Box 71726<br>Philadelphia, PA 19176-1726 | (p)TFI GROUP LLC<br>ATTN NATALIE YOVIENE<br>PO BOX 1168<br>HAMBURG NY 14075-9168 |
| True Accord<br>3030 2nd Street, Suite 750<br>San Francisco, CA 94107 | U.S. Bank National Association, et al.<br>c/o: Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | U.S. Bank National Association, not in its i<br>c/o Codilis, Moody & Circelli, P.C.<br>15W030 North Frontage Road<br>Suite 200<br>Burr Ridge, IL 60527-6921 |
| U.S. Dept of Education<br>P.O. Box 5227<br>Greenville, TX 75403-5227 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-1233 | UW Health<br>Central Lab<br>PO Box 620993<br>Middleton, WI 53562-0993 |
| UW Health<br>Meriter Radiology<br>PO Box 620993<br>Middleton, WI 53562-0993 | UW Health<br>OB Gyn Ultrasound<br>PO Box 620993<br>Middleton, WI 53562-0993 | UW Health<br>Orthopedics Radiology<br>PO Box 620993<br>Middleton, WI 53562-0993 |
| UW Health<br>PO Box 620993<br>Middleton, WI 53562-0993 | UW Health<br>Pathology<br>PO Box 620993<br>Middleton, WI 53562-0993 | UW Health<br>Vascular Imaging Lab<br>PO Box 620993<br>Middleton, WI 53562-0993 |
| United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unity Point Health<br>Derek E. Clevidence, MD<br>P.O. Box 681166<br>Chicago, IL 60695-2166 | Unity Point Health<br>Meriter Laboratories<br>P.O. Box 681166<br>Chicago, IL 60695-2166 |
| Unity Point Health<br>Payment Processing Center<br>P.O. Box 809284<br>Chicago, IL 60680-9284 | UnityPoint Health<br>PO Box 35758<br>Des Moines, IA 50315-0307 | Wells Fargo Bank<br>PO Box 522<br>Des Moines, IA 50306-0522 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Department of Revenue<br>Attn: Special Procedures, MS 4-SPU<br>PO BOX 8901<br>Madison WI 53708-8901 | Wisconsin Department of Revenue<br>Compliance Bureau<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliant Energy<br>200 First Street SE<br>P.O. Box 351<br>Cedar Rapids, IA 52406-0351 | (d)Alliant Energy / WPL<br>P.O. Box 3062<br>Cedar Rapids, IA 52406-3062 | Americollect, Inc.<br>1851 South Alverno Road<br>Manitowoc, WI 54220 |
| Berman & Rabin, P.A.<br>15280 Metcalf Ave<br>Overland Park, KS 66223 | Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413 | Credit Control, LLC<br>3300 Rider Trail S, Suite 500<br>Earth City, MO 63045 |
| Fay Servicing<br>Attn: Payment Processing<br>P.O. Box 88009<br>Chicago, IL 60680-1009 | First Community Credit Union<br>1702 Park Avenue<br>Beloit, WI 53511 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | QC Financial Services<br>d/b/a LendNation<br>2228 Humes, Road, Ste. 2<br>Janesville, WI 53545 |
| TFI Group LLC<br>PO Box 1168<br>Hamburg, NY 14075 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Capital<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Capital One Auto Finance, a division of Ca<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (d)Jeffrey Neubauer<br>106 E Rollin Street<br>Edgerton, WI 53534-1831 | (d)Shannon Neubauer<br>106 E Rollin Street<br>Edgerton, WI 53534-1831 | (u)U.S. Bank National Association, not in its |

End of Label Matrix
Mailable recipients    86
Bypassed recipients     6
Total                  92